UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Robert J Saxton<br>    Dominique Smith<br>          Debtor(s) | Case No. 12 B 36736 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 09/17/2012.

    2) The plan was confirmed on 01/30/2013.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5) The case was Dismissed on 02/12/2014.

    6) Number of months from filing to last payment: 17.

    7) Number of months case was pending: 20.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: NA.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $8,990.50 |
| Less amount refunded to debtor | $1,302.50 |
| **NET RECEIPTS:** | **$7,688.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,140.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $327.18 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,467.18** |

Attorney fees paid and disclosed by debtor:    $400.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American InfoSource LP as agent for | Unsecured | 451.24 | 575.90 | 575.90 | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 848.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 433.77 | 433.77 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 0.00 | 462.23 | 462.23 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 515.79 | 515.79 | 0.00 | 0.00 |
| Brown Mackie College | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Calvary Portfolio | Unsecured | 631.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 587.00 | 635.07 | 635.07 | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 0.00 | 359.57 | 359.57 | 0.00 | 0.00 |
| CCS | Unsecured | 543.35 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 1,938.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 4,000.00 | 4,314.40 | 4,314.40 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| Complete Payment Recovery Srvc | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 779.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Credit One | Unsecured | 9,014.00 | 2,402.13 | 2,402.13 | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Department Stores National Bank | Unsecured | 241.00 | 240.60 | 240.60 | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| Direct Loans | Unsecured | 4,004.00 | NA | NA | 0.00 | 0.00 |
| Duvera Collections | Unsecured | 1,435.00 | NA | NA | 0.00 | 0.00 |
| Dvra Billing | Unsecured | 1,365.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 1,061.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 1,079.00 | NA | NA | 0.00 | 0.00 |
| Heights Auto Workers Credit Union | Unsecured | 183.63 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 1,517.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois Tollway | Unsecured | 319.30 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 15,213.70 | 42,274.80 | 42,274.80 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 183.61 | 1,633.15 | 1,633.15 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 101.00 | 101.28 | 101.28 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 1,284.50 | 1,284.50 | 0.00 | 0.00 |
| Kahuna Payment Solutions | Unsecured | 2,010.00 | 2,010.12 | 2,010.12 | 0.00 | 0.00 |
| Kennedy King College | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 418.37 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 434.18 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 1,161.32 | 897.84 | 897.84 | 0.00 | 0.00 |
| Monarch Recovery Management | Unsecured | 406.16 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 747.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 200.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 2,700.00 | 5,252.00 | 5,252.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections of America Inc | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 2,121.60 | NA | NA | 0.00 | 0.00 |
| Ntl Recovery | Unsecured | 1,938.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 259.00 | 291.38 | 291.38 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 454.00 | 454.12 | 454.12 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 406.00 | 406.16 | 406.16 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 400.00 | 712.27 | 712.27 | 0.00 | 0.00 |
| Second Round LP | Unsecured | 1,179.00 | NA | NA | 0.00 | 0.00 |
| Silverleaf Resorts Inc | Secured | 8,000.00 | 9,160.69 | 9,160.69 | 0.00 | 0.00 |
| Silverleaf Resorts, Inc. | Secured | 528.51 | 8,709.94 | 8,709.94 | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 373.00 | 1,434.64 | 1,434.64 | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 83.00 | 83.00 | 83.00 | 0.00 | 0.00 |
| Trust Rec Sv | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| Trust Rec Sv | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 3,946.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 3,936.00 | 4,005.05 | 4,005.05 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | NA | 792.36 | 792.36 | 0.00 | 0.00 |
| University Of Chicago Physicians | Unsecured | 476.25 | NA | NA | 0.00 | 0.00 |
| USA Funds | Unsecured | 11,948.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 1,307.31 | NA | NA | 0.00 | 0.00 |
| Village of Park Forest | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of South Holland | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Village of South Holland | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Dealer Services | Secured | 18,639.00 | 19,441.44 | 19,441.44 | 0.00 | 0.00 |
| Westlake Financial Services | Secured | 4,819.65 | 4,819.65 | 4,819.65 | 4,046.58 | 174.24 |
| Westlake Financial Services | Unsecured | 6,925.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,261.09 | $4,046.58 | $174.24 |
| All Other Secured | $17,870.63 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$42,131.72** | **$4,046.58** | **$174.24** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$72,672.13** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,467.18 |
| Disbursements to Creditors | $4,220.82 |
| **TOTAL DISBURSEMENTS :** | **$7,688.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/04/2014        By: /s/ Marilyn O. Marshall
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**